IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § |
| v. | § § |
| City of Dallas, Texas Defendant. | § § § |

CAUSE NO.

3:11CV2698-B

**APPENDIX TO BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § § § § § § § | CAUSE NO. |
| v. | | |
| City of Dallas, Texas Defendant. | | |

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § § § § § § | CAUSE NO. |
| v. | | |
| City of Dallas, Texas Defendant. | | |

STATE OF TEXAS        §
COUNTY OF DALLAS  §

## AFFIDAVIT OF GEORGE GLYNN WILCOX

Before me, the undersigned notary, on this day personally appeared George Glynn Wilcox, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is George Glynn Wilcox. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have read the facts recited in Plaintiffs' BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION and they are true and correct."

_George Glynn Wilcox_

SWORN TO and SUBSCRIBED before me by George Glynn Wilcox on October 12, 2011.

EVA V. KOSTKA
My Commission Expires
June 13, 2012

Notary Public in and for
the State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § § § § § § § | CAUSE NO. |
| v. | | |
| City of Dallas, Texas Defendant. | | |

**EXHIBIT B**



**OFFICE OF SPECIAL EVENTS**
**City of Dallas**
650 S. Griffin Street, Dallas, Texas 75202
Phone: 214/939-2701  Fax: 214/939-2709
www.dallasspecialevents.com

# SPECIAL EVENT & STREET POLE BANNER PERMIT APPLICATION

## SECTION 1:  FEES

| Special Event Permit | | Late Application | $40.00 | Street Pole Banners | |
|---|---|---|---|---|---|
| 0-200 people | $30.00 | | | For-profit | $20/Per Pole |
| 201-400 people | $50.00 | Application Changes | $40.00 each | Non-profit | $10/Per Pole |
| 401-800 people | $75.00 | | | Deposit | $500.00 |
| 801-1000 | $100.00 | | | | |
| 1001-20,000 people | $250.00 | | | | |
| Over 20,000 people | $500.00 | | | | |

All fees must be in the form of Money Order, Check, or Debit/Credit Card to the City of Dallas Office of Special Events and accompany this form at the time of submission. Application must be filed **not less than 45 days** before the event.

## SECTION 2:  APPLICANT INFORMATION

| Occupy Dallas | George Glynn Wilcox | 2120 Heather Glen Dr Dallas TX 75232 | |
|---|---|---|---|
| Organization | Contact Person | Mailing Address | City, State, Zip |
| 972-522-8770 | 972-522-8770 | | georgeglynnwilcox@gmail.com |
| Daytime Phone | After Hours Phone | Fax | Email Address |

**Organization Type:**  ☐ Non-Profit  ☐ For-Profit  ☐ Government  ☐ Corporation  ☒ Other _Protest group_

| Glynn Wilcox | 972-522-8770 | 972-522-8770 | georgeglynnwilcox@gmail.com |
|---|---|---|---|
| Emergency Contact | Daytime Phone | After Hours Phone: | Email Address: |

*Note: Changes to original application will ONLY be accepted from either applicant or emergency contact in writing. No changes to applications will be made within 14 days of scheduled event date.*

## SECTION 3:  EVENT DESCRIPTION

**Event Title and Type:**

☐ Banner Poles  ☐ Carnival  ☐ Ceremony  ☐ Circus  ☐ Concert  ☐ Festival
☐ Filming  ☐ Parade  ☐ Party  ☐ Picnic  ☒ Political Rally  ☐ Religious procession
☐ Run/Walk  ☐ Tournament  ☐ Other _____

**Event Description:** General protest concerning socio-economic equality

How many people do you expect to attend your event?

| Event Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| # of Participants | U/K | U/K | U/K | U/K | U/K | U/K | U/K |
| # of Spectators | U/K | U/K | U/K | U/K | U/K | U/K | U/K |
| Daily Event Total | U/K | U/K | U/K | U/K | U/K | U/K | U/K |

## SECTION 4: EVENT SCHEDULE

Event Set-Up Date: 10-10-2011  Event End Date: U/K Indefinite
Event Set-Up Time: 12:00 am  Event Tear Down Time: U/K indefinate
Event Start Date: 12:00 am  Event Tear Down Date: U/K indefinate

For each day of the week on which the event will be held, indicate the start and stop times below:

| Event Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Event Start Time | U/K lidefinite | U/K indefinite | U/K indifinite | U/K indifinite | U/K indifinite | U/K indifinite | U/K indifinite |
| Event Stop Time | U/K indefinite | U/K Indefinite | U/K indifinite | U/K indifinite | U/K indifinite | U/K indifinite | U/K indifinte |

Admission/Registration Fee: ☐ Yes    Ticket Prices: $N/A    ■ No

Charitable Benefit: ■ Yes    Beneficiary/Organization, Contact Name, Address, Phone:
#1 N/A
#2 _____

## SECTION 5: EVENT LOCATION, LAYOUT & PARKING PLAN

_____ City Hall Plaza    _____ City Hall Lobby    Pioneer Plaza Other

**Event Address:** _____

*List street(s) affected by the event and proposed closures. For parades and runs, include start/finish lines and route:*

_____
_____

## SECTION 6: EQUIPMENT (CITY HALL USE ONLY)

Chairs # U/K    8' Tables# U/K    Trash Cans# U/K    6' Round Tables# U/K

Podium w/Mic _____    Podium w/o Mic _____    Speaker Stand _____    Registration Table _____

Risers # _____ (4'x8' sections)    6" High _____    8" High _____    Parking Services _____    EBS Officers# _____

## SECTION 7: STREET POLE BANNERS

List all applicable street locations and specific block numbers:

**Number of Street Poles:** N/A    **Install Date:** N/A    **Remove Date:** N/A

**Street Pole Numbers (required):** N/A
_____
_____
_____
_____

*Banner permits will not be processed without street pole numbers and specific applicable street locations. Please attach additional documentation if necessary

## SECTION 8: EVENT SPONSOR INFORMATION

List event sponsor(s) with **EXCLUSIVE SALE** and/or **ADVERTISING AGREEMENT(S)**:

| Company | Brand |
|---|---|
|  |  |

## SECTION 9: OTHER PERMITS & FEES

If any of the following components will be part of your event, please check the appropriate boxes. In so doing, you may be required to obtain additional permits or incur additional fees:

☐ * Alcohol (See below)      Contact TABC: (214) 678-4008
☐ City Hall Plaza      Contact City Hall Coordinator: (214) 939-2701
☐ Fireworks      Contact Dallas Fire Rescue: (214) 670-7014
☐ Food, Beverage and/or Merchandise Sales      Contact Environmental & Health Services: (214) 670-8083
☐ Hooded Parking Meters      Contact City of Dallas Parking Services: (214) 754-4784
☐ Liquid Propane Gas      Contact Dallas Fire Department: (214) 670-4319
☐ Park Property      Contact Park Department: (214) 670-8890
☐ Police Officers      Contact Dallas Police Dept. /Extra Job Unit: (214) 671-4460
☐ **Tent(s) (See below if 399 sq. feet or over)      Contact Dallas Fire Rescue: (214) 670-4319
☐ Street Pole Banners      Contact Banner Permit Coordinator: (214-939-2701
     Contact Oncor Street Pole Coordinator: 214-486-2637

Amount of Tents_____ Tent Sizes_____
Amount of Stages_____ Stage Sizes_____

☐ Animals      ☐ Electricity      ☐ Portable Restrooms      ☐ Stages      ☐ Water Hydrant
☐ Bleachers      ☐ Fencing      ☐ Special Parking      ☐ Traffic Cones

***If alcohol is sold at the event**, the applicant is required to obtain a temporary alcohol permit from TABC located at 8828 Stemmons Freeway, Suite 330, Dallas, Texas 75247, (214) 678-4008.

****Obtaining a Tent Permit Through City of Dallas:**
(1) Complete a Tent Permit Application Form (obtain from Dallas Fire Rescue)
(2) Prepare 3 copies of a drawn-to-scale site plan showing location of proposed tent(s) and location of adjacent structures, and setbacks from adjacent property lines and distance from tent(s), including guide wires and stakes to all structures
(3) Submit 3 copies of the certificate of flame resistance for tent materials
(4) Submit 3 copies of the approving petition, if required
(5) Show copy of Special Events Permit if the tent permit is in conjunction with a special event
(6) Provide written authorization from Park & Recreation Dept. if tent is to be erected on City park property

## SECTION 10: ACKNOWLEDGEMENT/SIGNATURE

By signing this documen t, I ce rtify that the informat ion provided above is correct and I acknowledge having read and u nderstood t he informati on contained in this ap plication and in the I mportant Infor mation Shee t (attached). I agree to conduct my speci al event in compliance with all app licable codes, ordinances, laws and the conditions contained in the special event permit.

Applicant's Signature: _____      Date: _____

*APPLICATIONS WITH MISSING INFORMATION WILL NOT BE PROCESSED.*

**For Official Use Only:**

Date Received: _____    Check #: _____    Inter-Office Date Distr: _____

                          Event Number: _____    Response Date: _____

The following **MUST BE INCLUDED** with the application at time of submission. Incomplete applications will not be processed.
✓ **Permit Fee**    ✓ **Certificate(s) of Insurance**    ✓ **Event Layout Map**    ✓ **Event Brochure**

CES-FRM-602                                                                                                                               3
REVISED 4/26/2010

# IMPORTANT INFORMATION
## PLEASE READ BEFORE SUBMITTING APPLICATION

### CITY-LICENSED VENDORS

The City of Dallas authorizes the sale of food, beverages, goods or services at or within a specific location or area in the city to a limited number of vendor applicants. The Office of Special Events will work with the applicant to notify each city-licensed vendor lawfully operating at or within a location or area in which your special event will be conducted with basic event information and any special requirements that must be followed to operate at the special event, including: (1) The date, hours, location and event layout; (2) specific locations form which the vendor is prohibited from operating (please indicate locations on event layout map (3) food, beverage, or product brand sponsors; and, (4) price categories and payment procedures for the sale of food, beverage, merchandise or other products.

### PUBLIC NOTIFICATION

If the estimated number of participants and spectators exceed 500 during any day of the special event, the applicant shall, at least 30 days before the special event begins, deliver written notice to all owners or occupants of real property abutting the boundaries of the area in which the special event will be conducted, including all owners or occupants of real property abutting the route of a progressive event such as a special event parade or run/walk event. The notice must include the following information: (1) event date, time and location; (2) an application for a special event permit has been filed; (3) interested persons may contact the Office of Special Events at 650 S. Griffin Street, Dallas, Texas 75202, (214) 939-2701.

### INSURANCE

If the estimated number of participants and spectators exceeds 2,500 during any day of the special event, the applicant shall procure and keep in full force and effect for the duration of the event insurance written by an insurance company approved by the State of Texas and acceptable to the city and issued in the standard form approved by the Texas Department of Insurance. **All provisions of each policy must be acceptable to the city a nd <u>name the city and its officers and employees as additional insured</u>. An original certificate of insurance must be submitted along with special event permit application.**

**Commercial General Liability Insurance:** Must be provided with combined single limits of liability for bodily injury and property damage of not less than $500,000 for each occurrence if the estimated attendance is between 2,501 and 4,999, and $1,000,000 for each occurrence if the estimated attendance is 5,000 or more.

**Liquor Liability Insurance:** If any alcoholic beverage is sold, served, or otherwise made available at the special event, Liquor Liability Insurance must be provided by the alcoholic beverage license holder in an amount of not less than $1,000,000 for each claim.

**If any fireworks or other special effects** are displayed at the special event, then separate additional general liability insurance must be provided by the pyrotechnics company in an amount of not less than $3,000,000 for each claim.

If a special event includes **vehicles, aircraft, or other equipment, devices or activities that are excluded from coverage in the general liability insurance policy,** then separate additional liability insurance coverage for the applicable exclusion(s) must be provided with the same combined single limits of liability for bodily injury and property damage as outlined in the paragraph above for commercial general liability insurance.

**Special Event Banners on Street Light Poles:** Commercial general liability insurance must be provided with combined single limits of liability for bodily injury and property damage of not less than $1,000,000 for each occurrence.

### SECURITY, CROWD CONTROL, & TRAFFIC CONTROL

The applicant may be required to provide police officers for security, crowd control, and traffic control at the special event. The total number of police officers working at the special event is determined by the Office of Special Events, and in some cases, the Dallas Police Department, using planning variables, including: (1) the estimated number of participants and spectators; (2) the availability of alcoholic beverages; (3) topography and size of the event location; (4) weather conditions; (5) the time of day during which the special event is conducted; (6) the need for street closures or rerouting of vehicular or pedestrian traffic; and, (7) the history of the particular special event.

### DENIAL OR REVOCATION

The Office of Special Events shall deny or revoke a special event permit if the applicant makes a false statement of material fact on the application or fails to comply with or the special event is in violation of any provision of the special event permit, Chapter 42A, "Special Events" of the Dallas City Code, or any other applicable law.

The special event permit shall also be denied or revoked if the special events manager, chief of police department, or the chief of the fire department determines the special event poses a serious threat to public health, safety or welfare.

If a special event permit is denied or revoked, the Office of Special Events shall send to the applicant by certified mail, return receipt requested, notice of the denial or revocation and of the right to an appeal and instructions on how to file an appeal with the Permit and License Appeal Board.

### OFFENSES OR PENALTIES

An applicant/person commits an offense if he/she commences or conducts a special event without a special event permit or in violation of any provision of the special event permit, Chapter 42A, "Special Events" of the Dallas City Code, or any other applicable law.

Each offense is punishable by a fine not to exceed $2,000 for each violation of a provision governing fire safety, zoning, public health, sanitation, including dumping of refuse; and $500 for each violation of all other provisions.

### INDEMNIFICATION

As a condition of a Special Event Permit being issued, the permit holder agrees to indemnify, defend and hold harmless the City of Dallas and all of its officers and employees against any and all suits, causes of action or claims for injuries, damages, costs and expenses to persons or property, whether public or private, that may arise out of, or be constituting a part of the special event, or any activity constituting a part of the special event, or any act, omission or misconduct of the permit holder or his agents, representatives, contractors, or employees. The permit holder agrees to discharge any and all judgments that may be rendered against the City of Dallas or its officers and employees in connection with any suit, cause of action, or claim after the judgment becomes final and unappealable.

## SIGNATURE ON THE SPECIAL EVENTS APPLICATION SIGNIFIES ACKNOWLEDGEMENT OF RECEIPT OF THIS DOCUMENT.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § § § § § § | CAUSE NO. |
| v. | | |
| City of Dallas, Texas Defendant. | | |

**EXHIBIT C**



**OFFICE OF SPECIAL EVENTS**
650 S. Griffin Street, Dallas Texas 75202
(214) 939-2701 (MAIN)
(214) 939-2709 (FAX)

**City of Dallas**

# SPECIAL PERMIT

| | |
|---|---|
| George Glynn Wilcox<br>**NAME OF APPLICANT** | 2011-748<br>**PERMIT NUMBER** |
| Monday, October 10 12A – Friday October 14 5P<br>**TIME OF EVENT** | Monday, October 10 – Friday, October 14, 2011<br>**DATE OF EVENT** |
| Pioneer Plaza Young St/Griffin St.<br>**LOCATION OF EVENT** | Occupy Dallas<br>**NAME OF EVENT** |

**- BRIEF DETAIL OF EVENT -**

Occupy Dallas is a First Amendment activity which is the local presence of a national movement that is growing. The grievances are from rising costs in health care to overwhelming student debt to the gross mishandling of the mortgage crisis to the rapidly-growing national debt to the protection of criminals with certain political and corporate ties. They will reside in Pioneer Plaza. No street closures are requested.

**THIS PERMIT ISSUED SUBJECT TO THE FOLLOWING CONDITIONS AND/OR RESTRICTIONS**

*This Special Event Permit will be null and void, if all stipulations and requirements are not met.*

**The Applicant is responsible for the following:**

1. This is a First Amendment activity and approval has been provided for the use of Pioneer Plaza thru Friday, October 14 at 5:00 P.
2. A Special Event Permit does not override the City Noise Ordinance.
3. Clean-up of the event site and area must be completed by Friday, October 14 at 5:00 P.
4. Provide the Office of Special Events with a certificate of general liability insurance in the minimum amount of $1,000,000 showing the City of Dallas as certificate holder and the City of Dallas, its officers, employees and appointed representatives as additionally insured.
5. The insurance must be provided to the City of Dallas Office of Special Events by Tuesday, October 11, 2011 by 5:00 P or this permit is subject to being revoked.
6. Ensure all food and beverages are served in paper or plastic containers -- glass is prohibited.

_____
Lori C. Chance, Special Events Manager

October 10, 2011
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jennifer Florence Dawson, Justin Howell, Adam Chesley, et al., Plaintiffs, | § § § § § § § § § § § § | CAUSE NO. |
| v. | | |
| City of Dallas, Texas Defendant. | | |

**EXHIBIT D**



# DALLAS FIRE-RESCUE DEPARTMENT
## Inspection & Life Safety Education
### Fire Code Requirements for
### Tents and Other Membrane Structures

*1551 Baylor Street, Suite 400*
*Telephone: (214) 670-4319*
*FAX: (214) 670-4324*

This checklist provides some of the basic regulations governing the operation of **Tents and Other Membrane Structures**. It is not possible to cover all regulations. If you have a particular question or concern, please telephone or FAX the Dallas Fire-Rescue Department. The initial inspection is conducted at no charge. There is no charge for the first reinspection. The second reinspection is subject to a $100.00 fee, with all reinspections after the second, subject to a $105.00 fee. When this checklist refers to tents, the regulations also govern canopies, air-supported, or other membrane structures.

1. **Plans.**

    A. If a tent is to be erected at a location, 3 sets of plans showing the details of the tent placement must be submitted to Inspection & Life Safety Education at least 15 days prior to the scheduled opening of the show. See "Tent Permit Plan Review Submittal Requirements" handout for more details on how to submit plans and how to obtain a tent permit.

    (1) Floor plan for tents: seating capacity, arrangement and location of seating, and type of heating and electrical equipment, etc.

    (2) Fire extinguisher equipment: location and nature.

    (3) Dates: for move in, move out and times open to public.

    (4) Contacts: persons' names and telephone numbers.

    B. Tents and all decorations including awnings, drapes, table skirts, curtains and other decorative material must be of flame-resistant material. Certification of flame-resistance must be provided when submitting the plans.

2. **Permits**

    A. Tents and canopies (in excess of 399 square feet) must have a permit from Inspection & Life Safety Education (214/ 670-4319). Permit must be obtained when submitting plans.

    B. Liquid Petroleum Gas for demonstration purposes or for cooking purposes must be approved and permitted by the Fire Marshal.

    C. Open flames and burning or smoke emitting materials must be approved and permitted by the Fire Marshal prior to the event.

    D. Special effects materials, pyrotechnics and fireworks must be approved and permitted by the Fire Marshal.

    E. Welding and cutting equipment and use must be approved and permitted by the Fire Marshal. Other permits may apply. Contact Dallas Fire-Rescue for more information.

3. **Location of Tents**

    A. Tents shall not be located within 20 feet of property lines, buildings, parked vehicles or internal combustion engines.

    B. Tents having an area of 15,000 square feet or more shall be located not less than 50 feet from any other tent.

    C. Tents where cooking is performed shall be separated from other tents by a minimum of 20 feet.

    D. Tents must be adequately braced and anchored to prevent collapse. Documentation of structural stability shall be furnished upon request.

4. **Exits**

    A. Exits shall be spaced at equal intervals around the perimeter of the tent and shall be located such that all points are 100 feet or less from an exit.

    B. Exit openings from tents must remain open unless covered by a flame-resistant curtain.

    C. Exit ways must be kept clear of obstructions at all times, with adequate aisle widths provided.

    D. Exits must be clearly marked. Exit signs shall be of an approved type (self-luminous or internally or externally illuminated by an approved source).

(CONTINUED ON BACK)

E. Curtains, drapes, or decorations shall not visually or physically obstruct exit doors, exit signs, fire alarms, hose cabinets, standpipes, fire extinguishers, or any other life safety equipment at any time.

5. **Fire Access**

   A. Fire lanes shall not be obstructed or barricaded at any time in any manner.

   B. Fire hydrants and fire department connections must be maintained with a 3-foot clearance and no parking within 15 ft. of fire hydrant.

   C. An unobstructed fire break passageway or fire road not less than 12 feet wide and free from obstructions must be maintained on all sides of all tents.

6. **Sources of Ignition**

   A. "NO SMOKING" signs shall be posted throughout structure.

   B. Open flame, flammable or combustibles liquids or cooking devices are not permitted inside or allowed within 20 feet of the tent unless approved by the Fire Marshal. A minimum separation of 4 feet between the flame in the cooking equipment and the tent material is required.

   C. Hay and straw used for decoration must be flame retardant. Hay and straw used for feeding must be stored and maintained in a manner approved by the Fire Marshal. Maintain areas within 20 feet of the structure clear of all combustible materials.

   D. Sawdust and shavings must be maintained flameproof at all times, by wetting down each day.

   E. Cooking and heating equipment shall not be located within 10 feet of exits or combustible materials.

   F. Candles are prohibited inside tents.

   G. Combustible trash shall be removed at least once a day.

7. **Fire Extinguishers**

   A. Typically, a 2A-10BC rated fire extinguisher shall be provided for every 3,000 square feet of floor space and within 75 feet of travel. The extinguisher must be serviced and tagged annually.

   B. A Class K rated fire extinguisher shall be provided within 30 feet of food processing equipment that produces grease-laden vapors. (Existing 40-BC rated fire extinguishers installed prior to 07/01/04 that are serviceable and maintained are permitted.) The extinguishers must be serviced and tagged annually.

8. **Equipment**

   A. Secure compressed gas cylinders to prevent cylinders from falling or being knocked over.

   B. Heating devices shall be installed in accordance with the Building and Mechanical Code. Electrical wiring of a temporary nature shall be installed in accordance with the Electrical Code.

   C. Commercial cooking appliances shall be installed in accordance with the Mechanical and Plumbing Codes, and be equipped with ventilation hoods and approved automatic extinguishing systems. All other cooking equipment shall have separation from combustible materials, or non-combustible shielding, as approved by the Fire Marshal.

   D. Generators and other internal combustion power sources shall be separated from tents by a minimum of 20 feet and shall be fenced or enclosed by approved means to isolate from the public.

   E. Refueling must be approved by the Fire Marshal and shall be performed in an approved location not less than 20 feet from tents.

9. **Miscellaneous**

   A. Fire watch personnel may be required at the discretion of the Fire Marshal.

   B. Occupant load must be posted in a conspicuous place near the main exit.

Revised – September 30, 2010