UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER FLORENCE DAWSON, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-CV-2698-B |
| CITY OF DALLAS, TEXAS, | § § § | |
| Defendant. | § | |

ORDER SETTING HEARING

A hearing on Plaintiffs' Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction (doc. 3) is set for:

**Friday, October 14, 2011, at 10:00 a.m**.
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead Counsel for the parties are required to attend. At the hearing, Lead counsel must be prepared to discuss their respective positions regarding the motion, scheduling issues, and other matters related to the disposition of this case.

SO ORDERED.

SIGNED: October 13, 2011

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE