UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER FLORENCE DAWSON, <br> JUSTIN HOWELL, ADAM CHESLEY, <br> and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALLAS, TEXAS, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3:11-CV-2698-B |

### ORDER

In light of the parties' Stipulation filed October 14, 2011 and Plaintiffs' representation at the hearing on October 14, 2011 that temporary relief is no longer required, Plaintiffs' Motion for a Temporary Restraining Order and/or Motion for Preliminary Injunction (doc. 3) is **DENIED**.

SO ORDERED.

SIGNED: October 14, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE